IN THE SUPREME COURT OF TEXAS

 No. 10-0136

 IN RE C.B.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's second motion for emergency stay, filed March 16,
2010, is granted. The trial court Order Regarding Payment of Interim
Attorneys' Fees, dated December 9, 2009, and the trial court Order on
Motion for Enforcement and Attorneys' Fees, dated March 12, 2010, in Cause
No. 08-17783-S, styled In the Interest of Trinity, baby of C.B. and A.M., a
minor child, in the 255th District Court of Dallas County, Texas, are
stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this March 18, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk